AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Bloch, Alan N. | 2. Court or Organization<br><br>USDC/WDPA | 3. Date of Report<br><br>04/27/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>8370 U.S.P.O. and Courthouse<br>700 Grant Street<br>Pittsburgh, PA 15219 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Ameritus Board of Directors | Make-A-Wish Foundation of Western Pennsylvania (non-profit corporation) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE

2010 MAY -3 P II: 01

RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 04/27/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria )*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions )*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Academy of Trial Lawyers of Allegheny County | 09-30-09 to 10-02-09 | Farmington, PA | Attend the Annual Retreat | Room and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 04/27/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children: see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3 | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 04/27/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Pa. Caln Township Municipal Sewer Authority | A | Interest | | | Redeemed | 01/02/09 | J | | |
| 2. Pa. Horsham Township Sewer Authority | A | Interest | J | T | Redeemed (part) | 12/01/09 | J | | |
| 3. Philadelphia Pa. Gas Works Bond (12th Series) | A | Interest | J | T | | | | | |
| 4. Pa. State Higher Education Facility Bond | A | Interest | J | T | | | | | |
| 5. Pa. State Higher Education Bond | A | Interest | J | T | | | | | |
| 6. Montgomery County Bond | A | Interest | J | T | | | | | |
| 7. Philadelphia IDA Airport Bond | A | Interest | J | T | | | | | |
| 8. Philadelphia Authority Bond | A | Interest | J | T | | | | | |
| 9. Pa. Turnpike Bond (Series B) | A | Interest | J | T | | | | | |
| 10. Hopewell PA Area School District Bond | A | Interest | | | Redeemed | 09/01/09 | J | | |
| 11. Pottstown School District Bond | A | Interest | | | Redeemed | 06/01/09 | J | | |
| 12. Girard School District Bond | A | Interest | | | Redeemed | 11/16/09 | J | | |
| 13. Lewistown Borough Water Authority Bond | A | Interest | J | T | | | | | |
| 14. Pine Richland School District Bond | A | Interest | J | T | | | | | |
| 15. Sto-Rox School District Bond | A | Interest | J | T | | | | | |
| 16. Stroudsburg Penn Area School District Bond | B | Interest | K | T | | | | | |
| 17. Pa. State Higher Educ. Assistance Agency (B/E) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 04/27/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Harrisburg PA Parking Authority Bond | A | Interest | J | T | | | | | |
| 19. Pa. Turnpike B/E OY Bond | B | Interest | K | T | | | | | |
| 20. Pa. State Finance Auth. Beaver Cty. Bond | B | Interest | K | T | | | | | |
| 21. Fairview School District Bond | B | Interest | K | T | | | | | |
| 22. Adams County Bond | A | Interest | J | T | | | | | |
| 23. Dauphin County Bond | A | Interest | J | T | | | | | |
| 24. Delaware Cty. IDA Sub. Water Authority Bond | A | Interest | J | T | | | | | |
| 25. Mt. Lebanon School District Bond | A | Interest | J | T | | | | | |
| 26. Lower Merion School District Bond | A | Interest | J | T | | | | | |
| 27. Altoona PA NTS Series A Bond | B | Interest | K | T | | | | | |
| 28. All. Cty. Hosp. Dev. Auth. Bond (Mercy Hospital) | B | Interest | K | T | | | | | |
| 29. Philadelphia PA Auth. (Series B) Bond | B | Interest | K | T | | | | | |
| 30. Scranton PA Gen. Obligation (Series B) Bond | A | Interest | J | T | | | | | |
| 31. Norristown School District Bond | A | Interest | J | T | | | | | |
| 32. Gateway School District Bond | A | Interest | J | T | | | | | |
| 33. Elizabethtown Sewer Authority Bond | A | Interest | | | Redeemed | 12/01/09 | J | | |
| 34. Meyersdale Area School District | A | Interest | J | T | | | | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A - $1,000 or less | B - $1,001 - $2,500 | C - $2,501 - $5,000 | D - $5,001 - $15,000 | E - $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F - $50,001 - $100,000 | G - $100,001 - $1,000,000 | H1 - $1,000,001 - $5,000,000 | H2 - More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J - $15,000 or less | K - $15,001 - $50,000 | L - $50,001 - $100,000 | M - $100,001 - $250,000 | |
| | N - $250,001 - $500,000 | O - $500,001 - $1,000,000 | P1 - $1,000,001 - $5,000,000 | P2 - $5,000,001 - $25,000,000 | |
| | P3 - $25,000,001 - $50,000,000 | | P4 - More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q - Appraisal | R - Cost (Real Estate Only) | S - Assessment | T - Cash Market | |
| | U - Book Value | V - Other | W - Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 04/27/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Scranton Penn School District Bond | A | Interest | J | T | | | | | |
| 36. Economy Pa. Municipal Sewer Authority | A | Interest | J | T | | | | | |
| 37. Abington School District Bond | A | Interest | J | T | | | | | |
| 38. Pa. State Ref. Project (1st Series) Bond | A | Interest | K | T | | | | | |
| 39. Fairview School District (Series B) Bond | A | Interest | J | T | | | | | |
| 40. Philadelphia Gas Works (5th Series) | A | Interest | J | T | | | | | |
| 41. Ambridge Penn Area School District | A | Interest | J | T | | | | | |
| 42. Plum Borough School District | A | Interest | J | T | | | | | |
| 43. Garnet Valley School District | A | Interest | J | T | | | | | |
| 44. Chestnut Ridge School District | A | Interest | J | T | | | | | |
| 45. Iroquois School District | A | Interest | J | T | | | | | |
| 46. Philadelphia Pa. School District | A | Interest | J | T | | | | | |
| 47. Southeast Delco School District | A | Interest | J | T | | | | | |
| 48. State Public School Building Authority | A | Interest | J | T | | | | | |
| 49. State Public School Building Authority | B | Interest | K | T | | | | | |
| 50. State Public School Building Authority | A | Interest | J | T | | | | | |
| 51. Philadelphia Pa. School District | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 04/27/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Spring-Ford Area School District | A | Interest | J | T | | | | | |
| 53. State Public School Building Authority | A | Interest | J | T | | | | | |
| 54. Pa. State Higher Education Drexel University | A | Interest | K | T | | | | | |
| 55. Philadelphia PA Water & Wastewater Series B Bond | B | Interest | K | T | | | | | |
| 56. Aliquippa PA School District Bond | B | Interest | K | T | | | | | |
| 57. Mahanoy PA Sewer Authority Bond | A | Interest | K | T | | | | | |
| 58. Mars PA School District Bond | A | Interest | J | T | | | | | |
| 59. Greater Johnstown PA Water Bond | A | Interest | J | T | | | | | |
| 60. Erie PA Water Authority Bond | A | Interest | J | T | | | | | |
| 61. Altoona PA Area School District Bond | A | Interest | K | T | | | | | |
| 62. Pa. State Turnpike Commission Bond | A | Interest | J | T | | | | | |
| 63. West Mifflin PA Area School District Bond | A | Interest | J | T | Buy | 01/12/09 | J | | |
| 64. Pa. State Higher Education Facility College & Univ. Bond | A | Interest | J | T | Buy | 06/02/09 | J | | |
| 65. Uniontown PA Area School District Bond | A | Interest | J | T | Buy | 09/18/09 | J | | |
| 66. Erie PA Water Authority Water Bond | A | Interest | J | T | Buy | 11/19/09 | J | | |
| 67. Interest-PNC Bank- Checking; Virginia Manor Shops, Pgh. | A | Interest | J | T | | | | | |
| 68. Vanguard Pa. Insured Tax Free Fund | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 04/27/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Pimco High Yield Fund Class A | A | Dividend | J | T | | | | | |
| 70. Bell South 7% preferred stock | A | Dividend | J | T | | | | | |
| 71. J.P. Morgan Chase 7% Shares | A | Dividend | J | T | | | | | |
| 72. Bond Fund of America | A | Dividend | J | T | | | | | |
| 73. American High Income Trust | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes | A -$1,000 or less | B -$1,001 - $2,500 | C -$2,501 - $5,000 | D -$5,001 - $15,000 | E -$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F -$50,001 - $100,000 | G -$100,001 - $1,000,000 | H1 -$1,000,001 - $5,000,000 | H2 -More than $5,000,000 | |
| 2 Value Codes | J -$15,000 or less | K -$15,001 - $50,000 | L -$50,001 - $100,000 | M -$100,001 - $250,000 | |
| (See Columns C1 and D3) | N -$250,001 - $500,000 | O -$500,001 - $1,000,000 | P1 -$1,000,001 - $5,000,000 | P2 -$5,000,001 - $25,000,000 | |
| | P3 -$25,000,001 - $50,000,000 | | P4 -More than $50,000,000 | | |
| 3 Value Method Codes | Q -Appraisal | R -Cost (Real Estate Only) | S -Assessment | T -Cash Market | |
| (See Column C2) | U -Book Value | V -Other | W -Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 04/27/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 04/27/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544